# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

VIRGILLIO VIRGO,                          :
GREGORY KLUP, SR.,                        :
    Plaintiffs,                           :
                                          :
    v.                                    :       Civil No. 17-5730
                                          :
EDWARD GARCIA, JR.,                       :
EDWARD GARCIA,                            :
    Defendants.                           :

_____

## **O P I N I O N**

**Joseph F. Leeson, Jr.**                                    **January 3, 2018**
**United States District Judge**

    Plaintiff Virgillio Virgo filed this civil action against Edward Garcia, Jr., and Edward Garcia.  He also filed a motion to proceed *in forma pauperis*.  Although Mr. Virgo named Gregory Klup, Sr., as a co-plaintiff, Mr. Klup neither signed the Complaint nor filed a motion to proceed *in forma pauperis*.  Accordingly, the Court dismisses Mr. Klup as a plaintiff in this action.  The Court also grants Mr. Virgo leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915, because it appears that he is incapable of paying the fees necessary to commence this action.  However, the Court dismisses Mr. Virgo's Complaint.

    Federal Rule of Civil Procedure 8(a) requires a complaint to contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  A district court may *sua sponte* dismiss a complaint that does not comply with Rule 8 if "the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised."

*Simmons v. Abruzzo*, 49 F.3d 83, 86 (2d Cir. 1995) (quotations omitted).  Furthermore, as Mr.

Virgio is proceeding *in forma pauperis*, the Court must dismiss his complaint pursuant to 28

U.S.C. § 1915(e)(2)(B)(i)-(ii) if it is frivolous or fails to state a claim.  A complaint is frivolous if

it "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325

(1989).  It is legally baseless if "based on an indisputably meritless legal theory," *Deutsch v.*

*United States*, 67 F.3d 1080, 1085 (3d Cir. 1995), and factually baseless "when the facts alleged

rise to the level of the irrational or the wholly incredible."  *Denton v. Hernandez*, 504 U.S. 25, 33

(1992).  To survive dismissal for failure to state a claim, the complaint must contain "sufficient

factual matter, accepted as true, to state a claim to relief that is plausible on its face."  *Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted).  Conclusory statements and naked

assertions will not suffice.  *Id.*

As is typical of Mr. Virgo's filings in federal court, his Complaint is rambling, unclear,

and nonsensical.  As his statement of the claim, Mr. Virgo writes:

> Compensatory deman[d]s sum $75,000.00
> I was thrown fecal[] matter on me myself assaulted respondent talked in Spanish on what plan[n]ed for Mr. Gregory Klup, Sr.  Found Mr. Klup in the revines of 309 exchange rescue one open field murder expla[]nation buzzards
> Mr. Gregory Klup let Garcia Ed out of his cell.  If you don't w[a]nt to be feis don't come to jail so stop b****ing and moaning found Klup Sr. body and motorcycle 309 exchange A.P.D. I.A.D. Clifford Knaphengers opps
> Repelvins cor[r]ections L.C.P.
> Neta prisons gang 2006 3 prongs indictments groups activity illicits narcotics to violence Sheriffs L.C.S.D. [unintelligible] long lives the President
> On 2006 I went on writ for a possible[] release discovered Mr. Sr Klups, Gregory

(Compl. at 3.)  Having reviewed the Complaint, the Court cannot ascertain a clear factual basis

for a non-frivolous claim within this Court's jurisdiction.  Accordingly, the Court dismisses the

Complaint pursuant to Rule 8 and 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).  In light of Mr. Virgo's

Complaint in this action and his similar complaints in other actions, the Court concludes that

amendment would be futile.  *See Grayson v. Mayview State Hosp.*, 293 F.3d 103, 112-13 (3d Cir.

2002).  An appropriate order follows, which shall be docketed separately.



BY THE COURT:



*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge