UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGILLIO VIRGO, : | |
| GREGORY KLUP, SR., : | |
|     Plaintiffs, : | |
| : | |
|     v. : | Civil No. 17-5730 |
| : | |
| EDWARD GARCIA, JR., : | |
| EDWARD GARCIA, : | |
|     Defendants. : | |

# **O R D E R**

AND NOW, this 3rd day of January, 2018, upon consideration of Mr. Virgo's motion to proceed *in forma pauperis* and his *pro se* Complaint, **IT IS ORDERED THAT**:

1. Mr. Virgo's motion to proceed *in forma pauperis* is **GRANTED**.

2. Gregory Klup, Sr., is **DISMISSED** as a plaintiff in this action.

3. Mr. Virgo's Complaint is **DISMISSED with prejudice**, as frivolous, in accordance with the Court's memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge